

**COLLECTION BUREAU OF THE HUDSON VALLEY, INC.**

| CBHV Reference #: | Amount Due: |
|---|---|
| ▮▮▮▮2208 | $561.00 |

**DATE:** 06/23/17

Please write your CBHV Reference # on your check.

Change of Address ☐
(fill out on reverse side)

1 AB   *A-01-BIP-AM-01797-8

MICHAEL CASTAIN
558 VILLAGE DR
HAUPPAUGE NY 11788-3224

Please send correspondence to this address.

CBHV
PO BOX 831
NEWBURGH NY 12551-0831



▲  **DETACH HERE**  ▲

## NOTICE

Dear MICHAEL CASTAIN:

Our records show there is still a balance on this past due account. We would like to help you resolve this account. Please contact our office so we can discuss a payment option that works for you.

Please respond to this letter within seven days or we may take additional collection efforts.

Please see reverse side for important information.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Amount Due |
|---|---|---|---|---|
| EMERGENCY AMBULANCE SERVICE INC | ▮▮▮▮1413 | ▮▮▮▮2208 | 02/03/16 | $561.00 |

**Phone or Web Payment**



For inquiries or to make a payment by phone, please call
MRS REED at (888) 913-7499 or (914) 499-3669.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment

**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

Member of ACA International Since 1975

**IF ANY OF THE FOLLOWING HAS CHANGED, PLEASE INDICATE AND RETURN:**

ur name: _____   Home Phone _____

reet: _____   Business Phone _____

ty: _____   State _____ Zip _____

mployer _____

ethod of Payment (check one)                Insurance Co. _____

heck Enclosed _____ Visa _____        Address _____

MasterCard _____                     Group # _____ ID# _____

Acct # _____             Effective Date: _____

Expiration Date: _____ / _____             Subscriber: _____

Charge Amount: _____             Subscriber SS#: _____

Signature _____

CBHV's hospital clients may have financial assistance programs. If you feel you may qualify for these programs please call and speak to one of our collection specialists at (888) 913-7499.

**New York City**
New York City Department of Consumer Affairs License Number: 0905924

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**